FILED

06/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0517

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0517

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

SHANE CLARK JOHNSON,

     Defendant and Appellant.

## ORDER

Upon consideration of Appellant's Motion to Transfer Transcripts, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Transfer Transcripts is GRANTED. The Office of the Clerk of the Montana Supreme Court is directed to transfer the transcripts currently filed in DA 17-0033 to DA 21-0517 for purposes of this appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 5 2023